FILED

01/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0488

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0488

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

MICHAEL TODD SMITH,

      Defendant and Appellant.

---

### GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 9, 2024 to prepare, file, and serve the Appellant's opening brief.